**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HEATHER HAMPTON,<br><br>   Plaintiff,<br><br>v.<br><br>EVENFLO COMPANY, INC.,<br><br>   Defendant(s). | Case No.: 2:20-CV-00610-KJM-CKD<br><br>**ORDER GRANTING EVENFLO COMPANY, INC.'S UNOPPOSED MOTION TO STAY ALL PROCEEDINGS**<br><br>**DATE:** May 15, 2020<br>**TIME:** 10:00 a.m.<br>**JUDGE:** Honorable Kimberly J. Mueller<br>**CRTRM:** 3 |

**ORDER**

EVENFLO COMPANY, INC. ("Evenflo") has submitted an Unopposed Motion to Stay All Proceedings in this action until the Judicial Panel on Multidistrict Litigation ("JPML") renders a final decision on whether to transfer this action to a Multidistrict Litigation, *In re Evenflo Co., Inc., Marketing, Sales Practices & Prods Liab. Litig.*, MDL No. 2938 (Dkt. Nos. 1, 4).  Having reviewed Evenflo's Unopposed Motion to Stay, the Court enters the following order:

1. Evenflo's Unopposed Motion to Stay is GRANTED.
2. The Litigation is STAYED pending the JPML's final decision on whether this action will be transferred to the MDL.

IT IS HEREBY SO ORDERED.

DATED:  May 5, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE